**No. 67266.**—New York Merchandise Co., Inc. *v.* United States, protests 59/5979 and 60/10522 (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of noncellulosic vinyl trees, etc., similar in all material respects to those the subject of Abstract 65699 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 13, 1962

**No. 67267.**—Joseph A. Paredes & Co. and Thomas E. Cara, Ltd. *v.* United States, protest 60/31333 (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of coffee machines the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiffs was sustained.

**No. 67268.**—Stor-All Corp. and Arthur J. Fritz & Company *v.* United States, protest 61/13217 (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.

DECEMBER 10, 1962

**No. 67269.**—Langfelder, Homma & Carroll, Inc., and Frank P. Dow Co., Inc. *v.* United States, protests 62/5246, 62/5247, and 62/5248. Plaintiffs' application for rehearing granted.